HOUSTON, Justice
(concurring specially).
I write only to address the penalty phase of the trial. This Court must determine “whether death was the proper sentence in the case.” Ala.Code 1975, § 13A-5-53(a). The jury returned a unanimous verdict recommending life imprisonment without the possibility of parole. See Smith v. Schulte, 671 So.2d at 1334 (Houston, J., dissenting); Ex parte Jackson, 672 So.2d 810 (Ala.1995), cert. denied, Jackson v. Alabama, — U.S. -, 116 S.Ct. 2505, 135 L.Ed.2d 195 (1996) (Houston, J., concurring in the result); Ex parte Giles, 632 So.2d 577, 587 (Ala.1993), cert. denied, Giles v. Alabama, 512 U.S. 1213, 114 S.Ct. 2694, 129 L.Ed.2d 825 (1994) (Houston, J., concurring in the result); and Henderson v. Alabama Power Co., 627 So.2d 878 (Ala.1993) (Houston, J., dissenting, at 904-14).